AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

|  Northern | District of | California |
|---|---|---|

VICKIE MATTHEWS,

Plaintiff (s),

V.

PETSMART, LLC, et al.,

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:25-cv-04986-AMO

Notice is hereby given that, subject to approval by the court, PetSmart, LLC substitutes
(Party (s) Name)

Lindy F. Bradley, Esq. , State Bar No. 207533 as counsel of record in
(Name of New Attorney)

place of Bradley, Gmelich & Wellerstein LLP .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:          Lagasse Branch Bell + Kinkead LLP

Address:            707 Wilshire Boulevard, Suite 3225, Los Angeles, CA 90017

Telephone:          (213) 817-9152                    Facsimile

E-Mail (Optional):  lbradley@lbbklaw.com

I consent to the above substitution.

Date:    November 1, 2025
         PetSmart, LLC/Julie Wanner

*Julie Wanner*
(Signature of Party (s))

I consent to being substituted.

Date:    November 1, 2025
         Bradley, Gmelich & Wellerstein LLP/
         Barry A. Bradley

*Barry A. Bradley, Esq.*
(Signature of Former Attorney (s))

I consent to the above substitution.

Date:    November 1, 2025
         Lindy F. Bradley, Esq.

*Lindy F. Bradley*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    3/26/2026

*Araceli Martínez*
Judge
ARACELI MARTÍNEZ-OLGUÍN

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

| UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, | COURT USE ONLY |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): TELEPHONE NO.: Lindy F. Bradley, Esq., (SBN: 207533)    (213) 817-9152 lbradley@lbbklaw.com Juan Garcia Moreno, Esq., (SBN: 333696) jgmoreno@lbbklaw.com Mark I. Melo, Esq., (SBN: 192946) mmelo@lbbklaw.com LAGASSE BRANCH BELL + KINKEAD LLP 707 Wilshire Blvd., Suite 3225 Los Angeles, CA 90017 | |
| CASE NAME VICKIE MATTHEWS v. PETSMART, LLC., et al. | Judge: *Hon. Arceli Martinez-Olguin* |
| ATTORNEY FOR DEFENDANT: Defendant PETSMART, LLC | CASE NUMBER 3:25-cv-04986-AMO |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 707 Wilshire Blvd., Suite 3225, Los Angeles, CA 90017.

On **March 26, 2026,** I caused to be served the within document(s):

**CONSENT ORDER GRANTING SUBSITUTION OF ATTORNEY**

by placing a copy thereof in a separate envelope for each addressee named hereafter and addressed as follows:

| | |
|---|---|
| Brian Flahavan, Esq. FLAHAVAN LAW OFFICES 400 College Avenue Santa Rosa, CA 95401 Tel.: (707) 525-2917 Fax: (707) 525-2918 E-Mail: btf@flahavanlaw.com; E-Mail: doc@flahavanlaw.com *Attorney for Plaintiff, VICKIE MATTHEWS* | |

( )  **BY MAIL.** I am familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business pursuant to Code of Civil Procedure §1013a.

( X )  **BY ELECTRONIC SERVICE** by electronically mailing a true and correct copy through the CM/ECF's electronic mail system to the e-mail address(s) set forth above, or as stated on the above service list.

( )  **BY FAX.** In addition to service by mail as set forth above, a copy of said document(s) were also delivered by facsimile transmission to the addressee pursuant to Code of Civil Procedure §1013(e).

( )  **BY PERSONAL SERVICE.** I caused said documents to be hand-delivered to the addressee(s) on said date below, pursuant to Code of Civil Procedure §1011.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 26, 2026, at Los Angeles, California.

_____
Albert Flores